## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| **JOSE LEONADES ANDRADES,** | : | VIOLATION: |
| | : | 18 U.S.C. §§ 1028(a)(1), (b)(1)(A)(ii) |
| Defendant. | : | (Produce Identification Document |
| | : | Without Lawful Authority); 22 D.C. Code |
| | : | §§ 3221(b), 3222(b)(2) (Fraud in Second |
| | : | Degree). |

## INFORMATION

The United States Attorney charges:

## COUNT ONE
### (Produce Identification Document Without Lawful Authority)

On or about December 6, 2007, in the District of Columbia, defendant **JOSE LEONADES ANDRADES** and others, produced and attempted to produce an identification document, that is a District of Columbia driver's license, in and affecting interstate commerce, knowing that such document was produced without lawful authority.

In violation of 18 U.S.C. §1028(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2.

## COUNT TWO
### (Fraud in the Second Degree)

On or about December 6, 2007, within the District of Columbia, defendant **JOSE LEONADES ANDRADES** and others, engaged in a scheme and systematic course of conduct with intent to defraud and to obtain property of the District of Columbia, that is a District of Columbia driver's license, by falsely claiming that defendant **JOSE LEONADES ANDRADES** resided in the District of Columbia and had previously obtained a driver's license from the State

of Maryland and thereby, without passing the required knowledge or skills road tests, obtained a driver's license from the District of Columbia.

    In violation of 22, D.C. Code, Sections 3221(b) &  3222(b)(2).

                                          JEFFREY A. TAYLOR
                                          United States Attorney for
                                          the District of Columbia

By:     _____/s/_____
          ELLEN CHUBIN EPSTEIN
          SUSAN B. MENZER
          Assistant United States Attorneys
          (202) 514-6968