AO 455 (Rev 5/85) Waiver of Indictment

# United States District Court

FILED
APR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

——— DISTRICT OF ———

UNITED STATES OF AMERICA
V

Jose Andrades

**WAIVER OF INDICTMENT**

CASE NUMBER Criminal 08-62 (RJL)

I, _Jose Andrades_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _4/14/08_ prosecution by indictment and consent that the
                                Date
proceeding may be by information rather than by indictment.

× _Andradeso_
Defendant

_Luis U. Leon, Esq_
Counsel for Defendant

Before _[signature]_