· **UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**    :     **Criminal No. 08-62 (RJL)**

                :

                :

**v.**              :

                :

**JOSE LEONADES ANDRADES,**    :

                :

**Defendant.**        :

**FILED**

**APR 1 4 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, defendant **JOSE LEONADES ANDRADES ("ANDRADES")** and the United States agree and stipulate as follows:

1.      Foreign nationals are eligible to obtain District of Columbia driver's licenses if they have proof that they are legally present in the U.S. and can continue to stay in the U.S. for at least another six months. A foreign national must also present proof of his name, date of birth, social security number, and District of Columbia residency. The District of Columbia Department of Motor Vehicles ("DMV") has specifically limited the types of documentation it will accept. For example, original birth certificates, unexpired passports or resident alien cards can prove an individual's identity (i.e., name and date of birth). In addition to tendering the required documentation, a foreign national must complete and sign a driver's license application, certifying that the information contained therein is correct and accurate. The DMV employee processing the application is required to identify on the application the type of documentation that was presented by the applicant.

2.      Applicants for driver's licenses must pass the following three tests: vision screening, knowledge and street sign recognition and skills road. Applicants who possess a valid driver's

1

license from another state, however, are only required to pass the vision screening test.  Applicants who possess a valid driver's license from a foreign jurisdiction need not take the road test, but must successfully pass the eye screening and knowledge and street sign recognition tests.

3.      Defendant **ANDRADES** had been unable to obtain a valid driver's license from the Maryland, the State where he resides, because he failed the knowledge test administered by the Maryland Motor Vehicle Administration eight times.  Defendant **ANDRADES** cannot read or write in either English or Spanish.   In December 2007, while he was riding on a Metro bus, in Washington, D.C., defendant **ANDRADES** overheard several individuals speaking in Spanish about obtaining driver's licenses.  In response to his inquiries, defendant **ANDRADES** was provided with a telephone number, which he called on December 5, 2007, and was told by a man in Spanish that defendant **ANDRADES** could obtain a D.C. driver's license for $1,500.  When defendant **ANDRADES** expressed his desire to do so, the man instructed defendant **ANDRADES** to meet a heavyset woman who would be in a van at the McDonald's on Route 1, in Riverdale, Maryland.

4.      The following day, on December 6, 2007, defendant **ANDRADES** took all of his savings and asked his brother-in-law to drive him to the McDonald's.  When he arrived, he saw Gloria Gonzalez Paz (hereinafter "Gonzalez Paz") and her fifteen-year-old daughter sitting in the front seat of a silver Nissan Quest minivan.  Gonzalez Paz told defendant **ANDRADES** that he could obtain a D.C. driver's license, but explained that she did not have room in her minivan to drive him to Washington, D.C.   Defendant **ANDRADES** looked inside and saw a man and a woman in the back seat.  At defendant **ANDRADES'** request, his brother-in-law drove him by following Gonzalez Paz from Riverdale, Maryland, to the Georgetown DMV branch.   Defendant

ANDRADES' brother-in-law parked immediately in front of where Gonzalez Paz had parked her minivan. Gonzalez Paz got out of her minivan and met defendant ANDRADES on the sidewalk of M Street, N.W., where he paid her $1,200 in U.S. currency. Gonzalez Paz and defendant ANDRADES walked across the street and into the Georgetown Park Mall where they met Gonzalez Paz's 15-year-old daughter. Gonzalez Paz told defendant ANDRADES to go to window number four where a female DMV employee (hereinafter "DMV Employee") was sitting.

5.       Defendant ANDRADES went into the DMV and handed DMV Employee his Maryland Identification and Social Security cards. When DMV Employee asked him if he had a driver's license from El Salvador, defendant ANDRADES told her that he did not. Defendant ANDRADES did not complete an application, provide verification of D.C. residency, or take the vision, knowledge, and road skills tests. After defendant ANDRADES paid the $39 fee with his brother-in-law's credit card, DMV Employee directed defendant ANDRADES to another employee to have his photograph taken. Shortly thereafter, his name was called, and defendant ANDRADES was given a facially valid D.C. driver's license that falsely bore a D.C. address of 1515 Ogden Street, N.W.

6.       Sometime thereafter, the man whom defendant ANDRADES had originally telephoned to obtain this license came to defendant ANDRADES' residence and collected an additional $300.

_____
**JOSE LEONADES ANDRADES**
Defendant