U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

FILED
APR 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

UNITED STATES OF AMERICA          :

               V.                       :          Case No. _____

Jose Leonades Andrades,
          Defendant.            :

                                          :

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __14th__ day of __April 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by __FBI S/A Sean Ryan and Al Tenuta__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __Federal Bureau of Investigation__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

                                                                Judge (U.S. Magistrate)

DOJ USA-16-80

COURT